# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2022 KW 0014

VERSUS

RODRICK BETZ                                          **FEBRUARY 25, 2022**

---

In Re:    Rodrick Betz, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 02-99-0111.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED.** The district court is instructed to proceed toward disposition of relator's "Motion to Clarify Sentence pursuant to La. C. CR. P. Art. 880" filed July 9, 2021.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT